UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES  DISTRICT COURT

9                          Northern District of California

10                                  San Francisco

11   NEIL A. JENSEN,                              No. 3:13-cv-05955-HSG (LB)

12                          Plaintiff,
          v.                                      **NOTICE OF REFERRAL AND**
13                                                **ORDER RE DISCOVERY**
     BNSF RAILWAY COMPANY                         **PROCEDURES**
14
                           Defendant.
15   _____/

16        TO ALL PARTIES AND COUNSEL OF RECORD:

17        The district court has referred a discovery letter brief to the undersigned.  (*See* ECF No. 47.)

18   The court will review it and evaluate whether further proceedings are necessary, including any

19   further briefing or argument. Going forward, the parties are directed to comply with all applicable

20   requirements in the court's standing order (attached), including all procedures regarding resolution

21   of discovery disputes. Those discovery procedures require, among other things, that the parties meet

22   and confer in person if counsel are local. The court's procedures are designed to prevent any one

23   party from avoiding filing a joint letter brief by allowing counsel to designate the meet-and-confer

24   time if counsel do not agree. The letter brief must be filed under the Civil Events category of

25   "Motions and Related Filings > Motions – General > Discovery Letter Brief."

26        **IT IS SO ORDERED.**

27   Dated: May 7, 2015                           _____
                                                  LAUREL BEELER
28                                                United States Magistrate Judge


3:13-cv-05955-HSG (LB)
NOTICE OF REFERRAL AND ORDER