UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL A. JENSEN,<br><br>   Plaintiff,<br><br>   v.<br><br>BNSF RAILWAY COMPANY,<br><br>   Defendant. | Case No. 13-cv-05955-HSG<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Laurel Beeler for settlement. The parties will be contacted by Judge Beeler's chambers regarding the date, time and place of further proceedings.

**IT IS SO ORDERED.**

Dated: 7/20/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge