Anthony S. Petru, Esq., State Bar No. 91399
Paula A. Rasmussen, Esq. State Bar No. 258352
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612-2600
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
NEIL A. JENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| NEIL A. JENSEN,<br><br>        Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a corporation<br><br>        Defendant. | CASE NO. 3:13-CV-05955-HSG<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF PRETRIAL CONFERENCE; [PROPOSED ORDER]**<br><br>Trial:  October 26, 2015 |

**TO: THE CLERK OF THE COURT AND DEFENDANT BNSF RAILWAY COMPANY, AND ITS ATTORNEYS OF RECORD,**

  Pursuant to Civil Local Rule 7-10, Plaintiff NEIL A. JENSEN hereby requests that the Court continue the October 9, 2015 Pretrial Hearing to October 14-16, 2015, whichever date is convenient to the Court.  As explained below, plaintiff's counsel will be in trial on another matter on October 9, 2015.

  In support of his request, plaintiff's counsel Paula A. Rasmussen declares as follows:

  1.  September 21, 2015, Plaintiff's counsel Anthony S. Petru, lead counsel in this matter, began trial in the matter of *Shawn M. Palmer v. BNSF Railway Company,* California Superior Court, Count of San Joaquin, Case No. CV029777.  The *Palmer* trial was estimated to last 10-14 days.  At the first day of trial, Mr. Petru learned that opposing counsel and Judge Carter

P. Holly required the courtroom be dark a number of days. Specifically Judge Holly requires three days dark and counsel for defendant requires two. As such, trial will run through the week of October 9, 2015. As lead counsel, Mr. Petru must attend the pretrial conference because no other attorney is available to become sufficiently familiar with this case and its issues to appear at the pretrial conference.

  2. On September 23, the undersigned emailed defense counsel Cristina Ciminelli and Steven S. Vahidi about the scheduling conflict, and proposed that the pretrial conference be continued to October 14-16, 2015.

  3. As of filing the instant Motion, counsel for Defendant has not responded.

  4. Respectfully, Plaintiff requests the Court continue the currently scheduled Pretrial conference to October 14-16, 2015, whichever is most convenient to the Court.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 24, 2015, at Oakland, California.

              HILDEBRAND, McLEOD & NELSON, LLP

          By:_____
            PAULA A. RASMUSSEN, ESQ.
            Attorneys for Plaintiff
            NEIL A. JENSEN

**ORDER**

Good cause having been shown,

IT IS ORDERED that the pretrial conference currently set for October 9, 2015 at 3:00 pm., in Department 15, be rescheduled to the following: <u>Wednesday, October 14, at 2:00 pm</u>.

DATED: September __25_, 2015          By: _____
                                          Honorable Haywood S. Gilliam, Jr.
                                          United States District Court Judge

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732