UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEIL A. JENSEN,

    Plaintiff,

  v.

BNSF RAILWAY COMPANY,

    Defendant.

Case No. 13-cv-05955-HSG

**ORDER RE JURY INSTRUCTIONS**

The parties filed joint proposed jury instructions on October 2, 2015. Dkt. No. 129. The majority of the instructions are disputed. The parties are directed to meet and confer again in a good faith attempt to resolve these outstanding disputes. The parties are encouraged to use model instructions wherever possible. If agreement cannot be reached, each party must explain in no more than one page why the Court should give that party's proposed instruction. Any party proposing a deviation from a model instruction must fully explain why such a deviation is necessary.

Additionally, the parties did not categorize the instructions as preliminary, general, or concluding. The parties are directed to meet and confer to divide the instructions into such categories.

The parties shall file revised joint proposed jury instructions on or before October 15, 2015.

**IT IS SO ORDERED.**

Dated: October 13, 2015

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge