JAMES J. YUKEVICH (SBN 159896)
 jyukevich@yukelaw.com
CRISTINA M. CIMINELLI (SBN 206201)
 cciminelli@yukelaw.com
STEVEN S. VAHIDI (SBN 283951)
 svahidi@yukelaw.com
NOUSHAN NOUREDDINI (SBN 278512)
 nnoureddini@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788

Attorneys for Defendant
BNSF RAILWAY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEIL A. JENSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>  Defendant. | CASE NO. 3:13-cv-05955-HSG<br><br>**JOINT REQUEST TO USE ADDITIONAL TECHNOLOGY AND ORDER**<br><br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>Filed Date:   December 26, 2013<br>Trial Date:    October 26, 2015 |

TO THE HONORABLE COURT:

Pursuant to the Honorable Haywood S. Gilliam, Jr.'s Civil Pretrial and Trial Standing Order, Defendant BNSF RAILWAY COMPANY and Plaintiff NEIL JENSEN respectfully request an Order from the Court allowing the parties to bring technological equipment into the courtroom to use during trial. Specifically, the parties request permission to bring an Elmo, projector, and screen.

/ / /

/ / /

/ / /

1484054.1 / 81-028                                                                                    3:13-cv-05955-HSG
JOINT REQUEST TO USE ADDITIONAL TECHNOLOGY AND [PROPOSED] ORDER

The parties attest that concurrence in the filing of the foregoing documents has been obtained from each of the signatories below.

DATED: October 20, 2015       YUKEVICH | CAVANAUGH


By:  */s/ Noushan Noureddini*
James J. Yukevich
Cristina M. Ciminelli
Steven S. Vahidi
Noushan Noureddini
Attorneys for Defendant BNSF RAILWAY COMPANY

DATED: October 16, 2015       HILDEBRAND, McLEOD & NELSON, INC.


By:  */s/ Paula Rasmussen*
Anthony S. Petru
Kristoffer S. Mayfield
Paula Rasmussen
Attorneys for Plaintiff
NEIL A. JENSEN

## [~~PROPOSED~~] ORDER

IT IS ORDERED that the parties shall be allowed to bring an Elmo into the courtroom to use during trial.

DATED: October 20, 2015

                                                                 _____
                                                                 Honorable Haywood S. Gilliam, Jr.
                                                                 United States District Court Judge

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On October 16, 2015, I served true copies of the following document(s) described as **JOINT REQUEST TO USE ADDITIONAL TECHNOLOGY AND [PROPOSED] ORDER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2015, at Los Angeles, California.

*/s/ Herme A. Britton*
Herme A. Britton

YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telphone (213) 362-7777
Facsimile (213) 362-7788

1484054.1 / 81-028

3:13-cv-05955-HSG
JOINT REQUEST TO USE ADDITIONAL TECHNOLOGY AND [~~PROPOSED~~] ORDER

**SERVICE LIST**
*NEIL A. JENSEN v. BNSF RAILWAY COMPANY*
*U.S.D.C. - Northern Dist. Ct. Case No. 3:13-cv-05955-JD*

| | |
|---|---|
| Anthony S. Petru, Esq.<br>Paula A. Rasmussen, Esq.<br>HILDEBRAND McLEOD & NELSON, LLP<br>350 Frank H. Ogawa Plaza<br>4th Floor<br>Oakland, CA 94612 | Attorneys for Plaintiff<br><br>T:   (510) 451-6732<br>F:   (510) 564-7023<br>petru@hmnlaw.com<br>rasmussen@hmnlaw.com |
| Charles Goetsch<br>405 Orange Street<br>New Haven, CT 06511 | Co-Counsel for Plaintiff<br><br>charlie@gowhistleblower.com |

YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071–1560
Telephone (213) 362–7777
Facsimile (213) 362–7788

1484054.1 / 81-028                                3:13-cv-05955-HSG
JOINT REQUEST TO USE ADDITIONAL TECHNOLOGY AND [PROPOSED] ORDER