Anthony S. Petru, Esq., State Bar No. 91399
petru@hmnlaw.com
Paula A. Rasmussen, Esq., State Bar No. 258352
rasmussen@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Charles C. Goetsch, Esq. *(Admitted pro hac vice)*
CHARLES GOETSCH LAW OFFICES, LLC
405 Orange Street
New Haven, CT  06511
TEL:   (203) 672-1370
FAX:   (203) 776-3963

Attorneys for Plaintiff
NEIL A. JENSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEIL A. JENSEN, | CASE NO. 3:13-cv-05955-HSG |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR ADDITIONAL TECHNOLOGY AND [PROPOSED] ORDER** |
| vs. | |
| BNSF RAILWAY COMPANY, | Assigned to Hon. Haywood S. Gilliam |
| Defendant. | Filed Date:     December 26, 2013<br>Trial Date:      Oct. 26, 2015 |

**TO THE HONORABLE COURT:**

Pursuant to the Honorable Haywood S. Gilliam, Jr.'s Civil Pretrial and Trial Standing Order, Plaintiff Neil Jensen respectfully requests an Order from the Court allowing Plaintiff to additional technological equipment into the courthouse and courtroom.  Specifically, Plaintiff requests permission to bring an EASEL and *EASEL PAD*/PRESENTATION PAPER.

1
2   DATED:  October 23, 2015              HILDEBRAND, McLEOD & NELSON, INC.
3
4
                                      By:    /s/ *Paula Rasmussen*
5                                            Paula A. Rasmussen
                                             Anthony S. Petru
6                                            Attorneys for Plaintiff
                                             NEIL A. JENSEN
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED ORDER]**

IT IS SO ORDERED that Plaintiff shall be allowed to bring an EASEL and EASEL PAD/PRESENTATION PAPER into the courthouse and courtroom for use during trial.

DATED: October  23 , 2015

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge.