UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEIL A. JENSEN,

    Plaintiff,

  v.

BNSF RAILWAY COMPANY,

    Defendant.

Case No.  13-cv-05955-HSG

**ORDER REGARDING OBJECTIONS TO DEPOSITION DESIGNATIONS**

On October 21, 2015, Plaintiff filed his amended deposition designations.  Dkt. No. 153.  Defendant objects to several of the deposition designations.  *Id.*

The parties are ordered to comply with the Court's directions to clearly frame evidentiary objections following a good faith meet and confer in advance of the presentation of that evidence.  Specifically, the parties are ordered to meet and confer regarding the deposition testimony—and all other evidence—that will be presented on the first day of trial and make a good faith effort to resolve any outstanding evidentiary disputes.  If full agreement cannot be reached, each party should file a statement of no more than five pages precisely describing its position(s), with citations to relevant legal authority, by the end of the day on October 25, 2015.  The Court will rule on any outstanding objections related to evidence to be presented on the first day of trial on October 26, 2015, before jury selection begins.

**IT IS SO ORDERED.**

Dated: October 23, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge