UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEIL A. JENSEN,

    Plaintiff,

  v.

BNSF RAILWAY COMPANY,

    Defendant.

Case No. 13-cv-05955-HSG

**JUDGMENT**

This action came before the Court for trial, the undersigned District Judge presiding. On November 3, 2015, the jury found that Plaintiff Neil Jensen failed to show by a preponderance of the evidence that Defendant BNSF Railway Company violated the Federal Railway Safety Act. Consequently, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge