1  JAMES J. YUKEVICH (SBN 159896)
     *jyukevich@yukelaw.com*
2  CRISTINA M. CIMINELLI (SBN 206201)
     *cciminelli@yukelaw.com*
3  STEVEN S. VAHIDI (SBN 283951)
     *svahidi@yukelaw.com*
4  NOUSHAN NOUREDDINI (SBN 278512)
     *nnoureddini@yukelaw.com*
5  YUKEVICH | CAVANAUGH
   355 S. Grand Avenue, 15th Floor
6  Los Angeles, California 90071-1560
   Telephone:     (213) 362-7777
7  Facsimile:      (213) 362-7788

8  Attorneys for Defendant
   BNSF RAILWAY COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| NEIL A. JENSEN, | CASE NO. 3:13-cv-05955-HSG |
|---|---|
| Plaintiff, | **STIPULATED ORDER WITHDRAWING BILL OF COSTS FOR WAIVER OF APPEAL** |
| vs. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Neil A. Jensen and Defendant BNSF Railway Company ("BNSF"), by and through their counsel of record, and in accordance with Local Rule 77-2(f), that:

/ / /

/ / /

/ / /

/ / /

/ / /

BNSF hereby withdraws its Bill of Costs (and amendments) that was filed in this case on November 17, 2015 (Dkt. 221) and waives the costs taxed in amount of $15,875.08 (Dkt. 231), in lieu, in part, of Plaintiff Neil A. Jensen not pursuing any appeal of the underlying judgment of November 4, 2015, in favor of BNSF.

DATED:  February 1, 2016          YUKEVICH | CAVANAUGH


By:  _____*/s/Steven S. Vahidi*_____
     James J. Yukevich
     Cristina M. Ciminelli
     Steven S. Vahidi
     Noushan Noureddini
     Attorneys for Defendant
     BNSF RAILWAY COMPANY


DATED:  February 1, 2016          HILDEBRAND, McLEOD & NELSON, LLP


By:  _____*/s/Paula A. Rasmussen*_____
     Anthony S. Petru
     Paula A. Rasmussen
     Attorneys for Plaintiff
     NEIL A. JENSEN

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

**ORDER**

**IT IS SO ORDERED.**

DATED: February 8, 2016           By: _[signature: Haywood S. Gilliam Jr.]_
                                  Hon. Haywood S. Gilliam, Jr.
                                  Judge of the U.S. District Court

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On February 5, 2016, I served true copies of the following document(s) described as **STIPULATED ORDER WITHDRAWING BILL OF COSTS FOR WAIVER OF APPEAL** on the interested parties in this action as follows:

| | |
|---|---|
| Anthony S. Petru, Esq. | Attorneys for Plaintiff |
| Paula A. Rasmussen, Esq. | |
| HILDEBRAND McLEOD & NELSON, LLP | T:   (510) 451-6732 |
| 350 Frank H. Ogawa Plaza | F:   (510) 564-7023 |
| 4th Floor | petru@hmnlaw.com |
| Oakland, CA 94612 | rasmussen@hmnlaw.com |
| | |
| Charles Goetsch | Co-Counsel for Plaintiff |
| 405 Orange Street | |
| New Haven, CT 06511 | charlie@gowhistleblower.com |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 5, 2016, at Los Angeles, California.

*/s/ Kerry Powers*
Kerry Powers